UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DANTE D. MAJOR,

        Petitioner,

        -v-                   9:18-CV-418

JAMIE LAMANNA,

        Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                      OF COUNSEL:

DANTE D. MAJOR
Petitioner, Pro Se
13-B-0181
Green Haven Correctional Facility
P.O. Box 4000
Stormville, NY 12582

HON. LETITIA JAMES            MARGARET A. CIEPRISZ, ESQ.
New York State Attorney General   Ass't Attorney General
Attorneys for Respondent
28 Liberty Street
New York, NY 10005

DAVID N. HURD
United States District Judge

## ORDER ON REPORT & RECOMMENDATION

On April 5, 2018, *pro se* petitioner Dante Major ("petitioner") filed a

petition for a writ of habeas corpus. Dkt. No. 1. After addressing some

procedural matters, Dkt. Nos. 7, 12, petitioner ultimately filed a second amended petition, Dkt. No. 35. Respondent opposed. Dkt. Nos. 62–64.

On September 3, 2021, U.S. Magistrate Judge Thérèse Wiley Dancks advised by Report & Recommendation ("R&R") that the petition be denied and dismissed. Dkt. No. 90. Neither party has filed objections, and the time period in which to do so has expired. Upon review for clear error, the R&R will be accepted and adopted in all respects. *See* FED R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation is ACCEPTED;

2. Petitioner's petition for a writ of habeas corpus (Dkt. No. 35) is DENIED and DISMISSED; and

3. No certificate of appealability shall be issued.

The Clerk of the Court is directed to terminate the pending motions and close the file.

IT IS SO ORDERED.

Dated: September 20, 2021
       Utica, New York.

David N. Hurd
U.S. District Judge